IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09CV02042

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JAMAAL WATKINS,

    Plaintiff,

v.

COMMUNITY PAROLE OFFICER NATHAN LOVE,
COLORADO DIVISION OF ADULT PAROLE AND COMMUNITY CORR.,
ATTY. FOR CO COURT OF APPEALS CASE # 08CA2000, and
OFFICE OF THE ATTORNEY GENERAL,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a "Motion for Order of Gag (Gag Order)." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __X__  is not submitted
(2)  ____  is missing affidavit
(3)  __X__  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ____  is missing certificate showing current balance in prison account
(5)  ____  is missing required financial information
(6)  ____  is missing an original signature by the prisoner
(7)  ____  is not on proper form (must use the court's current form)
(8)  ____  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ____  An original and a copy have not been received by the court. Only an original has been received.
(10) __X__  other: <u>Motion is necessary only if filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(11) __X__  is not submitted
(12) ____  is not on proper form (must use the court's current form)
(13) ____  is missing an original signature by the prisoner
(14) ____  is missing page nos. ___
(15) ____  uses et al. instead of listing all parties in caption
(16) ____  An original and a copy have not been received by the court. Only an original has been received.
(17) ____  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ____  names in caption do not match names in text
(19) ____  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of August, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **09CV02042**

Jamaal Watkins
Prisoner No. 1641575
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on ___8/27/09___

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk